UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 10-01937-PMG
CHAPTER 7 CASE

IN RE:

DERRELL J. JONES
RHONDA M. JONES

Debtors.
_____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This Case is before the Court on the Motion for Relief from Stay filed by, **U.S. BANK HOME MORTGAGE** (Movant), on June 2, 1020. The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 15 days of the date of service; no party filed an objection within the time permitted and the Court therefore considers the matter to be unopposed.

IT IS ORDERED:

1. The Motion for Relief from the Automatic Stay is Granted.

2. The Automatic Stay imposed by 11 U.S.C. 362 is lifted as to Movant, and it may proceed with the foreclosure of its lien on the following property:

   **SEE ATTACHED LEGAL DESCRIPTION**

   A/K/A: 9247 NW 54 STREET, SUNRISE, FL 33351

3. This Order is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property described above. Movant shall not seek an in personam

10-27741

judgment against Debtor(s).

**DONE** and **ORDERED** at Jacksonville, FL  June 22, 2010

_____
Paul M. Glenn
Chief United States Bankruptcy Judge

COPIES FURNISHED TO:

ATTN: SCOTT WEISS, ESQ.
LAW OFFICE OF MARSHALL C. WATSON, P.A
1800 NW 49 STREET, SUITE 120
FORT LAUDERDALE, FL 33319

ALEXANDER G. SMITH, TRUSTEE
2601 UNIVERSITY BOULEVARD WEST
JACKSONVILLE, FL 32217

U.S. TRUSTEE
UNITED STATES TRUSTEE – JAX7
135 W. CENTRAL BLVD., SUITE 620
ORLANDO, FL 32801

DERRELL J. JONES
RHONDA M. JONES
3400 CRANE HILL CT
ORANGE PARK, FL 32065

TODD W. HENRY, ESQ.
1555 KINGSLEY AVENUE, SUITE 405
ORANGE PARK, FL 32073

10-27741